IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS FLOYD CROW,

    Petitioner,

v.                                       CASE NO. 5:10-cv-314-SPM-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 6, Respondent's first motion for an enlargement of time to respond to the Petition. Respondent requests a 60 day extension of time within which to respond to the Petition.

Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 6, is **GRANTED.** Respondent shall respond to the Petition **on or before August 12, 2011.**

2. Petitioner shall have until **September 12, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 14th day of June 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge