IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

THOMAS FLOYD CROW,

    Petitioner,

v.                                      CASE NO. 5:10-cv-314-RH-GRJ

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## O R D E R

This matter is before the Court on Doc. 11, Respondent's third motion for an enlargement of time to respond to the Petition. Respondent requests a 30 day extension of time within which to respond to the Petition.

Upon due consideration, it is **ORDERED:**

1. That the motion, Doc. 11, is **GRANTED.** Respondent shall respond to the Petition **on or before October 12, 2011.**

2. Petitioner shall have until **November 14, 2011**, to file a reply, if any.

**DONE AND ORDERED** this 13th day of September 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge